_Jones_
District Judge
Assign. by Clerk's Ofc.

_Sargint_
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAR 30 2022**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

_Ronnie Vaughn_
Plaintiff full name

_06139-007_
Inmate No.

v. _Dito officer J. Braun_     CIVIL ACTION NO. _722CV00178_
_FBOP J.C. Streeval warden USPlee_               (Assigned by Clerk's Office)
Defendant(s) full name(s)

_R. Bradburn, 2, Supervisor officers, 3, officers_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*The mailing address you provide at A: _"where are you now?"_ is where the court will send mail to you\***

A. **Where are you now?** Facility and Mailing Address _united States penitentiary_
_Lee County P.o Box 305 Jonesville, VA 24263_

B. Where did this action take place? _united States penitentiary Lee County_

C. Have you begun an action in state or federal court dealing with the same
facts involved in this complaint?

_____ Yes          ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes          _____ No

1. If your answer is Yes, indicate the result:

_Am in my Appeal process_

_____

2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I was subjected to an discipline process without any procedural due process, where I was subjected to cruel and unusual punishment in the Special Housing unit

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

By being subjected to an discipline process, because of falsified incident report's I was subjected to excessive force, malicious persecution, excessive force torcher, ambulatory restraints, denial of procedural due process

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes. I am requesting a sum of 2 million dollars in compensatory damages for all injuries in-duce from all defendant's being sued in there individual and official capacities I suffer injuries of mental and physical emotional distress and discomfort as well other injuries through-out my body

**G.** If this case goes to trial do you request a trial by jury?   Yes ✓    No ____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 3/18/22            SIGNATURE: Ronnie Vaughn

VERIFICATION:
I, Ronnie Vaughn _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/18/22            SIGNATURE: Ronnie Vaughn

(1)

the F-BOP. is allowing USP lee to violate it's regulation and Bop policy By leting them Subject inmates to an illegal process, where I was place in Ambulatory restraints Because of an 104 and a 224 incident report, violating program statement 5270.09 And violating federal Bureau of prisons Rules institutions must Be in accordance with, procedures policy, of placing an inmates in restraints, By the F-BOp Allowing usp lee to place me in Ambulatory restraints without no reason violate federal regulation and Bop policy, Subjecting me to Be place in restraints for 24 Hours where I was Being assaulted By Staff members every 2 Hours for 24 Hours while I was subjected to Ambulatory restraints without Any Due process or procedural Due process other then the 104 and 224 incident report that got me place in Security Annals cuff's cuff's a Belly chain and leg's restraints and place in an Suicide Holding tank for 24 Hours in paper Clothes without any food, I couldn't use the Bath Room and I couldn't go to Sleep Because How the restraints was place on me, not to allow me go to Sleep So I Had to Stand up the Entire time I was in restraints in an Suicide tank where the lights Stay on all night, I Didn't See no mental Health psycholgist to Be place or process threw an Suicide prevention process, Because of two incident Reports 104 and 224, while the F-BOP Allowing usp lee not to Be in compliance with federal regulation and Bop policy violated my constitutional Right's, I was place in restraints and place in a Suicide prevention tank, officer made that clean why I was, that officer was Denied the Right to appear at my Hearing to give testimony on my Behalf why my procedural Due process rights was violated and to give testimony to why I was in Ambulatory restraints, the Dho officer Denied that officer to come give His testimony on my Behalf violating my constitutional Right's Because of an Illegal Discipline process that Didn't provide me with an Advance written notice of the charges 24 Hours Before appearing Before the Dho officer, I was Denied the Right to an fair Hearing the Dho officer Denied 4, witness to appear at my Hearing on my Behalf I was Denied the Right to Submitt a request for Documentary Evidence in Addition to the investigation and incident report, my witness was Denied the Right to Submitt written statements, I was Denied the Right to video Review, evidence, By F-Bop Allowing usp lee not to Be in compliance with federal regulation Bop policy and violating federal Bureau of prisions Rules, Subjected me to Be violated, abuse of authority unfair Hearing, and Harm, unfair process, By Allowing usp lee to violate federal regulation and Bop policy Subjected me to cruel and unsual punishment, Denial of procedural Due process malicous persecution, misapplication in Ambulatory restraints



Excessive force, further, the warden here at USP lee is intentionally ignoring federal regulation and Bop policy and violating federal Bureau of prisons rules and violating Administrative Remedy procedure, confining to the two Incident Report's that got me subjected to an Illegal procedure, failure to investigate Staff, Knowingly, falsified Incident Reports, Because It was Evidence to show that what happen IN the 104 Incident Report video, that got me subjected to Be place IN ambulatory restraints, I Submitted and Administrative Remedy BP-9 to the warden confining to Staff members falsified Incident Reports 104 and 334 to place me IN an Discipline process IN this case, He Stated that the BP-9 is Being process and that an investigation was Being conducted on my claim of Staff member falsified two Incident Reports to get me IN restraints, I Stated IN my BP-9 to the warden that the Institution is not IN Accordance with federal Regulation and BOp policy program Statement 5270.09 IN violation of federal Bureau of prisons Rules, By me not receiving an Advance written notice of the change 24Hours Before Appearing Before the Difo Hearing, He fail to correct an procedure violation when I Submitted my BP-9 to Him, the warden, It was Clear Evidence that my procedural Due process Right's was violated, Instead of Him correcting It, He let me continue to Be subjected to an process that He Knew was procedurally unconstitutional, Because He Stated that He Stop my proceeding process to Investigate my claim on Staff, So my process, restarted, moving

(3)

forward with an Hearing, Because He Stated that the Investigation Didn't Show no evidence that a Staff fasified the two incident Reports that got me place IN Restraints, He Refuse to ADDRESS the fact that I wasn't provided with an written notice of the charge 24Hours Before appearing Before the Dh Hearing, the warden Ignored that IN my ADministrative Remedy process, Because It clearly Had Shown the Institution IS violating federal regulation and Bop policy By not correcting an procedure violation IN my Discipline process, when the warden IS the person with the authority to Enforce policy, ENsuring that the Institution IS not violating federal Regulation and Bop policy, to Show that the Institution IS IN compliance with Federal Bureau of prisons Rules, By the warden not correcting that procedure violation that SubJected me to Abuse, mistreatment, Harm, and place IN an control Institution, for Incident Reports I Did-nt Do, I All Ready Been IN Special Housing unit for a 125 Days now Because of the warden failure to correct an procedure ERROR, SubJecting me to an Discipline process that was Illegal, and failure to comply with the ADministrative procedure process, By failure to put IN written Hi's Response to my BP-9 I Submitted to Him on 12-16-21 when the ADministrative Remedy procedure process require for Him to Do so, the warden undermined my process By not puting IN written his Response, I never Receive nothin confaining to my BP-9, By me not Being provided with



AN ADVANCE written notice of the change 24 Hours Before appearing Before the Dho Hearing, I didn't get nothin IN written to State witfat I Stated, IN my BP-9 wasn't an violation, the warden ain't give me No response, But Instead this warden Here at USP Lee Denied me the right to Appeal His response to the Regional Director, But He claim there was no Evidence that an Staff member fasified them two Incident reports and that they conducted an Investigation on my claim, If they conducted an Investigation on my claim the Investigation require for them to go Review All the Evidence, video, witness's, A review of the Documents process Ect, Ect, thats Important IN conducting an Investigation on Staff misconduct, No Investigation wasn't Done on my claim I Submitted IN my 56 page Statement Because It Did'nt, and ~~WAS~~ WAS Favorable to the officer who place that weapon IN my cell, Because It's clearly Evidence It was Some Staff misconduct, they Did'nt Review the Evidence, the Evidence was the 104 Incident report video I request for IN my 56 page Statement I Submitted IN this Discipline process, the warden Investigation Did'nt Include the 4, witness's I Requested for IN my 15 page UDC Statement I Submitted IN this Illegal Discipline process At the UDC Hearing, that Statement was BPr around the officer who Said He found A weapon IN my cell, there Investigation Did'nt lead them to questioning the 4, witness's About witfat I Stated IN my claim against this officer that He place that weapon IN my cell Because that officer claim I Assaulted Him



10 min, later after He claim to Have found a weapon IN my cell, the warden claim there wasn't no Evidence to Support my claim of Staff misconduct, the investigation the warden Had claim, they conducted on my claim of Staff misconduct, that investigation DID't require them to go review video Evidence, like I requested for them to DO IN my 56 page Statement I submitted IN this procedurally unconstitutional discipline process, I was subjected to, I requested for the warden investigators to go review the video Evidence to my claim of Staff misconduct IN the 104 incident Report video, His investigation DID't review that Evidence, that's where the Evidence was to Show Staff misconduct, Something that His investigators failure to go investigate, the officer who claim to Have found AN weapon IN my cell, He was with Another officer when He claim to Have found A weapon IN my cell, Reviewing the video would Have Shown that It was to Support my claim, that officer Bradburn Had place that weapon IN my cell, that officer who was with officer Bradburn DID't provide no Support to His Statement, that He witness officer Bradburn finding that weapon IN my cell IN the first place, these investigation DID't include that info there investigation to go question that officer, to what He witness containing to what officer Bradburn claim He Had found IN the cell, when Both of them was IN there at the Same time conducting A cell Search, and there wasn't AN Statement from Him witnessing officer Bradburn find the weapon IN the cell, that officer Knew nothin wasn't found IN the cell, So How COULD He Be witnessing

(6)

the officer finding a weapon in that cell, the reason why that officer did'nt have an statement because officer Bradburn never, found a weapon in my cell like He claim, in my locker in a mesh Bag with legal paper with my name on it, But the officer who was with officer Bradburn did'nt witness him pulling the weapon out the Bag in the first place, thats why that officer did'nt Have an statement to support officer Bradburn statement that He found an weapon in my cell, But the warden say thats not enough evidence, the reason in this case why He state that, is because of His investigators failure to go review the evidence like I requested for them to Do, Since the Begining of my Discipline process, officer Bradburn stated in His reports on the incident reports that the 104 and the 334 incident report Happen, 10 min, a part, So I Requested to the investigators to go review the video of that Because I Believed that He's making an false statement confining to Both of them incidents, Happening, At the time He stated they Have, But the warden investigation did'nt require them to go review that video Either to see if the officer was making an false statement confining to the time of incident's Happening like the officer stated it did), Because video would Have shown the time Both incidents Happen, Because that officer can't report incidents Happen at a time, that they did'nt, in His reports, the investigation the warden claim they conducted would of lead them to the video of the 104 incident report, it's require By policy if an officer witness another officer finding contraband in an inmate cell

(1)

that officer, is require to submit in writing that he witness the officer finding it where he stated he did), But that ain't the facts in this case, But that's Enough Evidence to Show Staff misconduct, this warden Here at USP Lee intentionally ignore Evidence Staff misconduct, and violating federal Regulation and Bop policy program Statement 5270.09, failure to investigate claims on Staff, violating administrative Remedy procedure process By not Being In accordance with federal Regulation and Bop policy, Subjecting me to Be treated unfairly, this warden fail the Responsibility of Ensuring that Inmates would Be treated fairly and Staff would Be Held accountable for Staff misconduct, Subjected me to Be and feel unSafe Because my Rights was Clearly violated, In this Discipline, I turn to the only person who would, Ensure, that USP Lee Is In accordance with federal Bureau of prisons Rules, But no this warden was Bias In His Decision making, Ignoring the fact that I was process and treated unfairly In my Discipline process, Subjecting me to all types of violation Show in abuse of authority threw out my Discipline process, I Submitted an BP-9 to the warden 12-16-21 It's witness to me placing my BP-9 In His Hand and then Same witness Said my Claim Is Being Look Into,



that was a false statement on the warden, Knowing It wasn't gonna be no Investigation done on my Claim, the Evidence Is In my Discipline process Record, the Record Is Evidence that wasn't taken In consideration, that Show what type of Investigation was conducted on my Claim, It was to much Evidence to Review to Show Staff misconduct In my Discipline process, while procedure Errors was made threw out my process at the time I Submitted the BP 9 to the warden to Stop my Discipline process, Because my procedural due process Is Being violated In this process, He Ignored my concern and Release my proceeding process after claiming He conducted an Investigation on my Claim Subjecting me to more violation, By Having an Hearing In this case, clearly, when these two Incident Report's Should Have Been Expunge At UDC Hearing officer, Because of the Evidence, Documentation Evidence containing to How I was process Is my Discipline process violating federal Regulation and BOP policy By me not Receiving an written notice of the charge 24 Hours Before appearing Before the DHO Hearing, the warden was aware of all this Information that I Submitted, So I was process forward to Have A Hearing In my Discipline process that was procedurally unconstitutional, this DHO officer was negligence By conducted my Hearing In an unconstitutional manner, By proceeding forward with an Hearing without Investigating my 56 page Statement I Submitted In this Discipline process containing to Staff misconduct and failure to Review video Evidence and witness I Requested for to Be Review In my Claim, containing to Staff and the two Incident Report's 104 and 334 I Requested the

(9)

officer as an witness to come give His testimony at my Hearing containing
to the Deliver of the Incident Report, the Delay In the Incident, Report's
violation of my procedural due process rights In this Discipline process, that
was an witness on my Behalf, the DHo officer Denied Him from given His
testimony at my Hearing, I Requested for Him In my 56 page Statement I
Submitted to the DHo officer, the DHo officer Denied 4, more witness I
Had requested for to Support my Claim on the officer misconduct of
the officer that place the weapon In my cell, and that He targeted me,
this DHo officer Denied 5, witness that I Requested for to appear at my
Hearing, He Denied them the right to Submitt an Statement on my Behalf,
the DHo officer Refuse to Review video In my 104 Incident Report and video
of Building two court yard like I Request for In my 56 page Statement
I Submitted In this Discipline process, and the video of the time that Both
Incident Report's Happen, the officer Stated In His report that the Incident's Happen
10 min, a part So I Requested Him to go Review the video Because I
Believed that was an False Statement, the DHo officer Didn't go Review that
video, I Stated to Him And I Submitted It In my DHo Statement, that I
wasn't provided with an written notice of the charge 24 Hours Before appearing
Before the DHo Hearing, He Refuse to take that In consideration, at my Hearing,
my process was Delayed and that Denied me of my right to Be provided with an
Advance written notice, Because I was In restraint's, Being assaulted by Staff
members, I Submitted this Statement to the DHo officer Before the Hearing and
He chose not to take this information as Evidence to my Claim why my
procedural due process rights was violated, In this Discipline process, I Requested
for the DHo officer to go review Evidence to Support my Statement, I Requested
for Him go Review two video's of How Bad I was assaulted By Staff
while In restraint's, But He Didn't, that Request Is In my 56 page Statement
I Submitted to Him on 1-30-22 And 2-9-22, It was no Investigation
Done on my Claim, I Stated In my 56 page Statement, I Submitted In
this Discipline process, like the warden Claim It was Because All this Evidence
that wasn't taken In consideration at my Hearing, And at no level of my Discipline
process, the DHo officer abuse His authority, Intentionally Ignoring
Evidence, failure to Investigate and Review All, video that I required In an
Investigation, It show How Bias His Decision was, By not taken In consideration
All the Evidence Before coming to the Decision He Have at the Hearing,
All the procedural ERRORS that was made leading up to the Hearing clearly



is Enough Evidence to Expage them two Incident Reports, the Evidence Is the way I was process In this Discipline process, and the 56 page Statement of Request I made that wasn't Answer containing all the video, officer Statements, I requested for an video to Be reviewed in my 104 Incident Report to Show the Dito officer that It was another officer with officer Bradburn when He claim to Have found a weapon In my cell, that officer claim He Didn't See officer Bradburn found a weapon In my cell, that was Enough to Show Staff misconduct, that's why that officer Did'nt Have no Statement to Support officer Bradburn Statement that He found an weapon In my cell, the video would Have Shown, that officer Bradburn was not By His self when He claim to Have found an weapon In my cell, the Dito officer Dismiss that to Support my claim that officer Bradburn place that weapon In my cell, this Dito officer knew By the Evidence and Documentation containing to my Discipline process, And the 56 page Statement I Submitted in this Discipline process that to many procedure Errors was made In my process to Have a Hearing, But He Ignored them violations, And proceeded for with an Hearing knowing that An Hearing wasn't Require, Because of the procedure violations, But He found me guilty of the charges Anyway violating federal regulation and Bop policy and federal Bureau of prisons Rules, everything thats containing to the Deliver officer In my 56 page Statement, the Dito officer Denied everything, containing to that officer, He Did'nt take Any of that Enformation In consideration At my Hearing, In this order, Is How I Submitted my 56 page In this Discipline process on 11-23 or 24, 2021 I Submitted an 15 page Statement At my UDC Hearing; At the top of the pages It would State what process I was In when I Submitted the Documents and Date, on 1-20-22 I Submitted an 39 page Dito Statement, on 2-9-22 I Submitted an 2 page Dito Statement, the Dito officer Denied the 15 page Statement UDC Statement In Its Entirty, And the 2, page Dito Statement He Denied As well and He Denied everything else that got Anything to Do with Staff misconduct In my 56 page Statement, He Denied All of that At my Hearing As well, And Stating that He will not Let me use that In my Defense At my Hearing, this Dito officer Denied everything containing evidence to prove Staff misconduct He Denied me the Right to present Evidence At my Hearing to Show officer Bradburn place that weapon In my cell, And How this officer Had target me 5 Day's Before placing that weapon In my cell and Evidence to Show How officer Bradburn violated every federal regulation and Bop policy thats on paper, after claiming to Have found an weapon In my cell, In that 15 page



Statement, In that Statement I Requested, 4, witness and 3, video's Review's In that Statement He Denied, this Dﬁo officer DiDn't Investigat or review no video that was Requested for, nor Did He go question the ,4, witness I Requested to appear at my Hearing He DiDn't take none of this Evidence In consideration All the Evidence to Show Staff misconduct on that officer was In the, 104 Incident Report video He Denied to go review, All the Information In the 15page Statement containing to ,4, witness Statement against that Staff memeber, the 104 Incident Report video and All the Information In the 15page Statement WDC Statement was Enough Evidence to Show Staff misconduct In this case, this Dﬁo officer Destoryed Evidence, this Dﬁo officer fail In His responsibility As An Dﬁo officer By not Investigating my Claim, and not reviewing witness's nor video's As Requested In my Statement I Submitted In this process, this Dﬁo DiDn't review nothin containing to my 56page Statement, He DiDn't weight the greater weight In coming to the Decision He Have At my Hearing, the greater weight In this case was, All, the video Evidence that DiDn't get review Like I Requested, the greater weight In this case was the 5 witness He Denied to appear At my Hearing on my Behalf, the greater weight was All, the Information Evidence that He fail to take In consideration Before coming to the Decision He DiD In my case, this Dﬁo officer Have Shown In this case, that, He's not An neutral officer and Decision maker, when Deciding over Discipline process, He Shown In this case He's part of the Institution, By Showing His Bias, when He Suppose to Be A neutral officer In His Decision making, By Him not Being, Subjected me to Be place In An 73Hours A DAY control unit for the next 12 months Because of these two Incident Reports, He found A way to find me guilty of, when the Evidence Show, He Suppose to Had Exparge these two Incident Reports Because All the procedural ERRORS I pointed out to Him to go review In my 56page Statement, this Dﬁo officer was Influence By this Institution to find me guilty of the charges even without Investigating my claim, and the Evidence the Deliver officer Statement's, 5 witness's 4 or 6 Different video Request and the 15page WDC Statement He Denied In It's Entirty, the 2, page Dﬁo Statement He Denied IN It's Entirty, AN Investigation IS Require for you to review ,All, Evidence, By this Dﬁo officer not taken In consideration the Information He Denied At my Hearing, Show that this Dﬁo officer IS not An neutral Decision maker In Discipline process, I By Him not Being Subjected me to abuse of authority unfair Hearing and A Bias Decision maker unfair treatment and Harm, the Harm IS



my, IRAA, case Being Denied Because of these two Incident Report the DHo office failure to Expage, the Severity of these Incident reports can get my IRRA case Denied, Am In a court process now In the Superior court of the District of columbia, To Have Been Before these two Incident reports, I Been waiting to See If the court's will vacate my Sentence or modify my Sentence, To Been Incercerated for 30years And To must Assume that these two Incident reports, might Effect the Judge Decision to give me Any type of Relief, this is what the failure In Judgement will cost me, By this DHo officer, His Bias Decision Subjected me to An process now, I Didn't ever Supose to Be In At All, Am filing this civil Action Because the DHo officer Have fail In His responsibility As An DHo officer, this DHo officer Intentionally Ignore Evidence And Denied me of my Right to CHallenge my Discipline process that I got a Right to Do, By Him undermining federal regulation And violating Bop policy And federal Bureau of prisons Rules, By Denying me of my Due process that Am entitle to By this Discipline process, By not Reviewing witness's By not Reviewing video's As requested And By not Investigating my Claim to my Defense, this DHo officer was Clearly, Negligence, I Been In Special Housing unit Since the Incident's, To Submitted Administrative Remedy BP-9 to the warden on 12-16-21 Staff miscondict falsified Incident's report's, He Stated to me they Are (About)
conducting an Investigation on my Claim, But the officer who falsified the Incident report Is working on my Range, Is A Sign to my Range In Special Housing unit Since a week After the Incident occured, passing out my food pulling me out my cell while Am In Hand cuff's Behind my Back, this Is the officer who claim I Assulted Him touching my food for the Last, 100, And Something Day's, But the warden Claim He conducting An Investigation on my Claim Against this officer who's feeding my food to me every Day And pulling me out my cell with me Being Hand cuff Behind my Back, But the warden Claim He's Doing An Investigation on my Claim Against this officer who don't Supose to Have no contact with me, feeding me my food And pulling me out my cell with me Hand cuff Behind my Back, But He Stated they conducting An Investigation, But they not Aware that this officer Is working around me But there Investigation Don't Help them See that, the warden Investigation Didn't Lead Him to Knowing that either, that failure threaten my Health and Safety and welfare, this failure created Danger And unSafe Environment for the Last 3½ month's, How can an Investigation Be conducted on

(13)

this officer when the investigators ain't aware where this officer working at in this institution for the last 3 1/2 months, this show the warden failure to investigate His staff, that's what this show, clearly, put me in harm way violating federal regulation and Bop policy, this show USP Lee is not in accordance with federal regulation and Bop policy nor it's federal Bureau of prisons rules that federal institution must Be in accordance with, I submitted so much information to the investigation and investigators to clear me of these charges, they failure cause me to Be subjected to All, typ of violations, the Discipline process Record will produce Evidence, the investigations that they didn't Do will produce Evidence, the 56 page statement I submitted, is nothin But Evidence to support my claim of what am stating on How this warden and Dito officer and FBOP and officer Bradburn, Endanger my safely and Health and welfare, By Enforcing federal regulation and Bop policy And Leting USP Lee violate (Not)

federal Bureau of prisons rules, failure to conduct investigations on staff misconduct failure to Review (All) Evidence containing to an investigation, Clearly the Record will show that no investigation was Done on my claim Against officer Bradburn, At no level in this process was my statement Being taken in consideration to Determent the outcome in this Discipline process show the failure on the FBOP to make sure federal institutions is not Breaking the Law And not violating federal regulation And Bop policy And not violating federal Bureau of prisons Rules, when conducting Discipline process And investigations, By Destroying Evidence, By the FBOP Allowing, USP Lee to violate, Regulations, policy, And Rules, Subject me to Excessive force, malicous persecution, Excessive force torcher, misapplication in Appling Ambulatory restraints, And By Being Denied the Due process that is Afforded to me By this Discipline process was violated, Clearly, that process was Denied to me Because the federal Bureau of prisons is allowing this cruel And unusual punishment to go on in federal institutions, By the F-Bop not Enforcing USP Lee to Be in compliance with federal regulation And Bop policy, Don't Just Subject me to federal regulation And Bop policy (violations, And them not Being in compliance, violated my constitutional Rights as well in this case, the FBop Allowing USP Lee to violate federal regulation And Bop policy And federal rules Have Endanger my Health Safety And welfare By creating an Environment that is unHealthy, unsafe And Dangerous, Subjected me to Serious Injuries in my Discipline process, the FBop Responisbility is to Ensure my, and others inmates Health, safety, And welfare when we are in there custody, But I Have Been Subject to abuse unfair

14

treatment, Bias, and rights Being violated By Staff, and that my Safety and Health welfare IS Being ENDanger By Staff members IN USP Lee, By Subjecting me to this type of ENVIRONMENT Have cause mentally and Emotional Distress, I Have Been wrongfully Accused of Something I Didn't Do and place IN Segregation for and unreasonable amount of time Because of Incident reports was, fasified on me to get me subjected to an Discipline process that clearly was unfair Because of these Defendant's poor Judgement that I Have Stated IN this claim they, Have, as facts, Here are five witness's and victims that Have Been assaulted By Staff Here at USP Lee IN restraint's and wasn't treated for the Serious Injuries they with Sustained

when they was Being assaulted By Staff, no INVESTIGATION was, Done on there claim either By the Justifition of Staff misconduct, Staff members Have fasified the Same Kind, of Incident reports on them as they Done on me, 104, And 224, to get them IN restraints to assault them, Some of them was IN restraints more then 34 Hours, the warden Didn't INVESTIGATE not one of these claims, not one on Staff misconduct, fasifing Incident reports, yes I, Am Stating that all, of these Inmates ENDure the Same treatment I Have mybe worst, nobody IS Being Held Accauntable, no, over Sight, nobody IS Being Held,

pierre Jefferson
31379-076
Kevin AGuilar
45730-007
ANDrew fields
04595-033
John Lilly
09244-040
WATTS LaMari
19600-021

accauntable for this Abusive Behavior towards Inmates, this IS creating a more violent ENVIRONMENT By the FBOP Allowing USP Lee to violate federal Regulation and BOp policy and federal Rules to Engage IN Behavior that Jeopardizes the Health and welfare the Safety and Security of Inmates IN USP Lee, when Inmates are Being physical assaulted By Staff members while we are IN Restraints for no Reason and Being Denied medical treatment, the warden Here at USP Lee IS responsible Subjecting me to these violation as well,

I Became aware of officer R. Bradburn Because of the 4, Inmates that the Dito officer Denied at my Hearing to support my claim against this officer, officer Bradburn was making threats to my Safety Health and welfare to other Inmates, So the Inmates told me to watch out for this officer to Be careful, after officer Bradburn Stated to them that He was gonna get me out that unit, So He Kept runing Around the unit every Day He comes to work trying to get other Inmates to Do me Harm, So I feeled Like, I wasn't aware of what He was Doing, this officer was a Danger to Every Inmate Safety Health and welfare IN that Hausing unit Because of His Reckless Behavior, He Ran to close friend's of mines not, Knowing, tellin them yall Don't get Him out this unit, He will, officer Bradburn tellin them to get me out the unit, So they come and told me

15

And they Just Ignored Him, So on NOV 17, 2021 He made His last push to get an Inmate to Do His Dirty work to try and get me out that Unit, So the Inmate He was trying to use that Day was and witness of mines to appear at the Dito Hearing But the Dito officer Denied Him from appearing on my Behalf, against officer Bradburn to my misconduct Claim, So the Inmate is at my Door Because officer Bradburn Sent Him and He watching the Inmate at my Door try to get me out the unit So the Inmate Say to me wfile Looking over His Shoulder that officer Bradburn is threating them to Search there cell and take there things If they Don't get me out that unit, So I Look out the Door and I See officer Bradburn Standing there so I Back up and went Back into the cell and told the Inmate to get away from my Door and Close It So He DID, I requested for the investigators to go review this video as Evidence to Support my Claim that this officer was targeting me, But they fail to go review that video that Day NOV 17, 2021 5 Day's Before He place that weapon IN my cell, So the Day He place the weapon IN my cell, I DiDn't go to Dinner that Day am Standing in the common area watching officer Bradburn and another officer Search cell's, they only DiDol Search 3 cell's they made my cell the Last one to go in, So me and another Inmate Right there watching them the whole time, So they go Into my cell and come Right Back out, wasn't IN there for an min,(1, So when Him and the officer come out my cell officer Bradburn Don't Lock my Door the other officer DiD, So when I See that, I



approach the officers asking them why they lock my door, video would have shown all of this, So I keep asking them why you lock my Door, So officer BRADBURN Stated we found a weapon in your cell, I said you couldn't have found no weapon in my cell, So all of this am about to State was in the video I requested for But the DHO officer Denied at my Hearning, meaning He did not review it, the 104 Incident report video, Like the warden claim they was Doing in my claim, So instead of officer Bradburn going into the office and taken the weapon off Him, He claim, He found in my cell, So He lead me out the Door with the weapon on Him, So He's in front of me going Down the Stair's Because the unit B on the top level of the Building where you Have to go Down Stair cases to get to the Bottom, All, visual gated Stair cases that you can see threw, am going out the Door Because officer Bradburn told me I Had to go to the Lieutenant officer, Because of the weapon He claim to Have found, So I said O'k, So He leading me Down the Stair's into a Blind Spot where no camera was at and told me to put my Hand's on the wall, as soon as we got to the Bottom of the Step's He claim, that He wanted to Search me, He Had no Reason to follow me out the Door with an weapon on Him He claim to Just found, violating every Due process procedure in federal Regulation and Bop policy and federal rules, He Didn't wanted to Search me, He assaulted me, He could Have Search me when I was Standing right there in His face in the unit, But He wasn't gonna Do that Because He couldn't get away with what He

(17)

was trying to Do and that was to assault, me It's to many camera's inside the unit, He Knew that, He could of Search me in the little Hallway Before you get out the outside Door But It's a camera right there, So He wait to we get to the Bottom of the Step's and tell me to put my Hand's on the wall, I DID, So as Soon as, I put my Hand's on the wall He pinch me in the face and Hit the Assistance call for Back up while in the process Him Hiting the Button, He trying to Slam me ON the ground, am in Shock at this point, So when I realize what's going on, I get on the ground officer Bradburn is on my Back with His ARM around my neck trying to Choke me, with He trying to tell me to put my Hand's Behind my Back an to Stop resisting, when I wasn't even resisting at All, He Still trying to Choke me while He tell me to put my Hand's Behind my Back, So am Still trying to put my Hand's Behind my Back, So now Another officer come Jump on my Leg's So now am in a Bad Situation, with an officer on my Back and Leg's But Before I can Holla for Help officer Bradburn is Diging His fingers into my wind pipe while am Still on the ground's, Saying to me, I told you motherfucker, I was gon'a get you, So alot of officer's are around, I was like in Shock So am Hand cuffed and they get me off the ground So when they get me off the ground, they are asking officer Bradburn what Happen, He Stated I assaulted Him, when He assaulted me, am Standing there Shaking my Head, I requested for Building two



court yard video to see who witness that assault on me, they Didn't Review that video in the warden investigation Nor Did the Dito officer review the video like I requested for him to Do so, He Knew A camera wasn't under the step's that's why He lead me down there in the first place, when I suppose to Be going to the lieutenant office, He Knew I Didn't Have nothin on me that act was intentional, this officer Have an History of placing weapons on inmates and saying that they assaulted Him, when He assaulted them, 2 month's Before I got in it, unit He Done this to another inmate placing an weapon on them and claiming that They assaulted Him, the inmate Name is, WATTS LAMAR1 19600-031 yes am stating that officer Bradburn Had fasified incident reports on this inmate, and got Him place in restraints where He was assaulted By staff members Because of them fasified incident reports 104 and 224 on that inmate, It was no investigation Done on that either By the warden confining to this officer, officer Bradburn never Had found an weapon in my cell in the first place, He Just stated He DID Because there's nothin in waittening from the offier officer stating that He witness officer Bradburn finding a weapon in my cell, Nor Did He state that He Handle the weapon in anyway after officer Bradburn claim to Have found a weapon in my cell, Its No statement By that officer stating that officer Bradburn Handed Him the weapon Before He lead me Down the stairs, this was Evidence that the Dito officer Did'nt take in consideration at my Dito Hearing like He Had suppose to, that's why video evidence was Destory Because



It Had Shown, clearly Staff misconduct By this officer, thats why my Claim wasn't Investigated, thats why videos Didn't get review, Its two things, that video would have produce in this case as facts, If It was reviewed, Either officer Bradburn Had that weapon on Him when He went out the Door, OR there wasn't one in the first place, this is why the DHo officer Denied my 15 page UDC Statement in It's entirty, Because It Shown within But Staff misconduct, So they made it favorable, to the officer in Stead of me, thats why the warden nor the DHo officer investigate my 56 page Statement, I Submitted in my Discipline process Because the Evidence against that officer was Damaging to Show Staff misconduct, I Believe they review the Evidence and Seen what this officer Had Done, But failure to Hold that officer accountable to misconduct, But instead violate my Right's endanger my Safety and Health and welfare, to protect officer R. Bradburn, my 56 page Statement with all the video's I Requested for in this Discipline process would have easly Show Staff misconduct, thats why the warden and the DHo officer intentionally violated federal Regulation and Bop policy and federal Rules and Disregrading Evidence in an Investigation By not conducting an Investigation on Staff memeber, and failure to question witness that Have relevent information confaining to the Investigation and failure to review video's confaining to the Investigation and failure to not taken in consideration all, the Evidence

Before coming to and Decision At the Hearring and In the Investigation, SubJected me to all type of abuse and Harm In this Discipline process, So after getting up off the ground I was Escorted, to the Lieutenant office to Be question about what Happen outside the Lieutenant officer, while outside the office I was Being video taped and ask three question's, why assault my officer, and my Response was I didn't Assault your officer, So now am Being Escorted to Special Housing unit, So Before I get to Special Housing unit an operational Lieutenant authorized for me to Be place In ambulatory Restraint's, for no Reason, In Segregation I was Striped out my clothes and put IN paper clothes, and that's when officer's Started placing me IN Belly Chain, Security Hand cuff, and leg Restraint's on me, that's when 3, officer Started to assault me punching me IN the face Kicking me IN the Rib's and Raming my Head against the wall, and then they took me and place me IN AN Suicide tank, where I would Be assaulted By Stuff memebers every 2 Hours for 24 Hours, they would come cHeck my restraint's Every 2 Hours, that's when I get assaulted, officer's would order me to get on my Knee's and face the wall an Supervisor would order me to Do that, So when I comply they meaning 3, officer with an Lieutenant officer, they would Run IN there with an SHield and Ram me against the wall Repeatally punching me IN my face Smashing my face against the wall with the SHield Steping on my toe's with there Boot's And Steping on my leg restraint's, while an Supervisor Standing



tellin them, the other officer to ASSAULT me, an Supervisor must Be with the officer's when they come into the Room every time they Do restraints, Check every 2 Hours, they wauld come into the Room Raming me against the wall with the SHield every time, I Had to get Down on my Knee's and face the wall when they come into the Room, they wauld Repeat that for 24 Hours Asking me why I ASSAULT one of there officer's, I told them I Didn't ASSAULT no officer, and they Keep Kicking me pinching me in the face and Raming my face against the wall, All, nigth with an SHield taying to Break my nose and trying to Knock my teeth aut By making me put my face up close on the wall, I Had a Black eye, Rib's Damages, wrist swollen, leg's toE's feet Swollen, face Swollen, I was Denied, medical treatment wHile I was in restraints Being assaulted By Staff memeber's, and when I came aut, the Suicide tank I was Denied medical treatment, So the next Day, the Associate warden Seen How Bad my face was Beatin and swollen, He order the Same lieutenant from the Day Before that authorize me to Be place in restraints, to go take pictures of my face, and video it, my face was So Badly Beatin I Had to wear a Helmet on my Head Because that's How much Damage was Done to my face By Raming me against the wall with an SHield, It wasn't no video or medical Record Documentation Stating How Bad my face and Body was injury when I came aut that Suicide tank, It was no Documentation or video Documented, Before



the Associate warden Documented, that witty Its Evidence video of me In restraints, It was no video of me In restraints, At All, leading up to the Associate warden Seeing me, no medical record of my Injuries that's Documented Before the Associate warden Seen me, nothin Documented, And medical ~~kept~~ coming In the Room like they was Documenting my Injuries But they wasn't, I wouldn't Be able to prove How Bad I was Beatin my face, If the Associate warden Didn't Document, my Assault By Staff, I wouldn't Be able to prove It Because It wouldn't Be no video, Like there's no medical Record of my Injuries Before the Associate warden Seen me the next Day, that's witty Its An Second video of me In the first place Is Because of Him, period, I wouldn't Be able to Show nothin If It wasn't for the Second video of me, So Later that Day the Associate warden came Back that Day Before they took me out restraints, He wanted to talk to me first, So we talked And they let me out restraints After Being In there for 24 Hours without eating, nor Sleeping And I wasn't able to use the Bath Room Because of How the restraints was placed on me, the Date that officer R. Bradburn falsified, these two Incident Reports 104 And 224 was on Nov. 17 2021, And the Day I was Assaulted By Staff Started on Nov. 17 2021, Itfell Nov. 18 2021 24 Hours Later, Am Asking the court, Respectfully, to grant my civil complaint In Its Entirty, to Hold the Defendants Accountable And Responsible, for, failure to Ensure the Health, Safety And welfare of An Inmate that's In Federal custody.

(73)

The FBOP is Allowing USP lee to violate federal Regulation And BOP policy And It's Rules, federal Rules, By not Enforcing It's policy, when It come to placing An Inmate In Restraint's Due process procedures, So By the warden not Enforcing federal Regulation And Bop policy And federal Rules, Subjected me to Be Assaulted By Staff while In Restraints, the FBOP And the warden Are ENDangering the Health And Safely welfare of Inmates and myself By not Enforcing federal Regulation And Bop policy while In federal custody, By violating, the Due process procedures, confining to And Inmate Being Subjected to Be place In Restraints, Allowing Staff memebers to Be able to Assault Inmates And myself while In Restraint's Because the FBOP And the warden Here At USP lee IS Allowing USP lee to violate federal Rules, By not Enforcing It's policy, Subjected me to cruel And unusual punishment, while In Restraint's And By Being place In Restraint's without no Due process, By violating the Due process procedure for placing And Inmate In Restraint's, By the FBOP And the warden Here At USP lee, Are not Enforcing or following federal Regulation And Bop policy And federal Rules, Subjected me to Excessive force, malicous persecution, Excessive force torcher, mis Application In appling Ambulatory Restraint's And Denial of procedural Due process

Ronnie Vaughn 06139-007
United States penitentiary Lee county
P.O Box 305
Jonesville V.A          24263





UNITED STATES
POSTAL SERVICE®

1000

Julia

Cler

U.S

210

Roan

Legal mail

U. S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville VA 24263
DATE _____ 3-17-22 _____

"Special / Legal Mail"
The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction you
may wish to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please return the
enclosed to the above address.



CERTIFIED MAIL®

7021 0950 0002 1894 1513



24011

U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
MAR 18, 22
AMOUNT

**$0.00**

R2305K138595-22

C. DuDLey

K of court

District court

FRANKlin Road SW SuIte 540

oKe, VA 24011-2208

