CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

(AmenDeD),

IN the united States District court
for the western District of Virginia
Roanoke Division

Ronnie Vaughn 06139-007

                                    Case No
                                    7:22-CV-00178
V
                                    Motion of
                                    appointment
federal Bureau of prisons           of counsel
R. Bradburn
J. Brown (DHo officer)
T. Brook
J. Ewing
J. Dickerson
C. Thomas
J.C Stervaal warden
Lt. Hamiliton

I Ronnie Vaughn 06139-007 Am a federal inmate
filing a Bivens, Bivens, v Six unKnow agent's, 403
u.s, 388 (1971) Claim and SeeKing appointment of
counsel due to me Suffering from the injuries I
Substaind containing to my mental Health issue,
to proceed forward with this claim on my own
Because of my lack of Knowledge on How to
Litigate a civil claim in court and Really lack
the Knowledge on How to gain information, Document's,
Interviews, Investigation and filing Brief's, Refining
to information and a poor person filing a claim in
forma pauperi's - See Back page which Is evidence of
me SeeKing counsel         Date 6-20-22
                           Ronnie Vaughn



**Juval O. Scott**
*Federal Public Defender*

Monica D. Cliatt
*First Assistant Federal Public Defender*

Arin M. Brenner
Randy V. Cargill
Nancy C. Dickenson-Vicars
Andrea L. Harris
Christine M. Lee
Donald R. Pender
Benjamin M. Schiffelbein
John T. Stanford
Abigail M. Thibeault
Erin M. Trodden
*Assistant Federal Public Defenders*

Abingdon office:
201 Abingdon Place
Abingdon, VA 24211

Phone: (276) 619-6080
Fax: (276) 619-6090

February 9, 2022

Ronnie Vaughn, #06139-007
United States Penitentiary
USP Lee
PO Box 305
Jonesville, VA 24263

Dear Mr. Vaughn,

Thank you for your letter dated January 12, 2022. I am sorry that we can assist you with your civil claim. We are appointed by the court in criminal cases.

I wish you the best.

Sincerely,

*Nancy Dickenson-Vicars*

Nancy Dickenson-Vicars
Assistant Federal Public Defender

nd/sb

vaw.fd.org

Ronnie Vaughn 06989-068
united States penetentary
Thomson P.o Box 1002
Thomson, Il 61285

QUAD CITIES IL F&DF
IL 612 2 L
22 JUN 2022 PM

INMATE litigation

INMATE IDENTIFICATION CONFIRMED

Clerk of court
united States District court
210 franklin Rd, RM 540
Roanoke, VA 24011

legal MAil

2401182208