Jones
_____
District Judge
Assign. by Clerk's Ofc.

Sargent
_____
Mag. Referral Judge
Assign. by Clerk's Ofc.

\*\*\*AMENDED COMPLAINT\*\*\*

IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 05 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Ronnie Vaughn
_____
Plaintiff full name

06139-007
_____
Inmate No.

v.

CIVIL ACTION NO. 7:22-cv-00178
(Assigned by Clerk's Office)

J. Brown DHO officer, FBOP, J.C. Streeval Warden
_____
Defendant(s) full name(s)

R. Bradburn C. Thomas, T. Brooks, J. Ewing, J. Dickerson Lt. Hamilton

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*The mailing address you provide at A: *"where are you now?"* is where the court will send mail to you\***

A. **Where are you now?** Facility and Mailing Address Thomson USP
P.O. Box 1002 Thomson, IL 61285

B. Where did this action take place? USP Lee county VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes     ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes     _____ No

1. If your answer is Yes, indicate the result:
Appeal process

2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

J.C Streevall failure to Enforce federal regulation and FBOP policy Subjected me to cruel and unusual punishment, By not Enforcing federal Regulation Endanger my Health, Safety and welfare

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

FBOP ambulatory Restraints policy is out-Dated, the language In its policy Do not make it mandatory, that their procedures Be follow, By the FBOp, not, Haven Language to State, that under FBOP procedure Due process, Subjected me to cruel and unusual punishment

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes. for the specific Relief I am Requesting A sum of 2 million Dollars In Compensatory Damages for all Injuries In-Duce from all Defendant's Being Sue In their Indivisual and official Capacities I suffer Injuries of mental and physical emotional Distress and discomfort as well other Injuries through-out my Body

**G.** If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: *Lonnie Vaughn*   Date: 6-27-22

VERIFICATION:
I, *Lonnie Vaughn* , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: *Lonnie Vaughn*   Date: 6-27-22

Ronnie Vings
Thomson United States penitentiary
P.O Box 1002
Thomson, IL 61285

AUSA USP Thomson

JUN 30 2022

Received in CSD

Legal mail

Inmate litigation

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding...
return the enclose...

INMATE IDENTIFICATION CONFIRMED



7021 0950 0000 5580 6389

United States District court
office of the Clerk
210 fRANKlin RD, Room 540
Roanoke, VA 24011